IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BLESSEDVU, LLC D/B/A AMERICAS BEST VALUE INN AND SUITES,<br>*Plaintiff*,<br><br>V.<br><br>PALOMAR SPECIALTY INSURANCE COMPANY,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 3:21-CV-00026<br>   JURY |

## ORDER OF DISMISSAL

Before the Court is the parties' *Joint Stipulation of Dismissal with Prejudice*. The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of all claims in this lawsuit. To the extent that the parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorney's fees and costs. IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

THIS IS A FINAL JUDGMENT.

_____         _____
DATE                                                      JEFFREY VINCENT BROWN
                                                                    United States District Judge